UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN V. TITUS,

    Plaintiff,

v.                                      Case No.: 8:13-cv-00567-T-27AEP

COMMERCIAL RECOVERY
SYSTEMS, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 14) from the Magistrate Judge recommending that the Motion for Judgment of Damages, Attorney's Fees & Costs (Dkt. 12) be granted and Plaintiff be awarded $1,000.00 in statutory damages; $1,805.00 in attorneys' fees; and $385.00 in costs. No objections to the R&R have been filed, and the time for filing such objections has now expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the Court may accept, reject, or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 14) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. The Motion for Judgment of Damages, Attorney's Fees & Costs (Dkt. 12) is **GRANTED**. The Clerk is directed to **ENTER** final judgment in favor of Plaintiff Kathleen V. Titus in the amount of **$2,805.00**, and to **TAX COSTS** against Defendant Commercial Recovery Systems, Inc. in the amount of **$385.00**. The Clerk is further directed to **CLOSE** the file.

**DONE AND ORDERED** this 7th day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record